# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Pablo Ramos<br>a.k.a.: Juan Ramos-Dominguez<br>a.k.a. Juan Pablo Ramos-Dominguez,<br>a.k.a.: Pablo Ramos-Dominguez,<br>(A205 418 579)<br>*Defendant* | Case No.  17-360 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 2, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Pablo Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 18, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

Reviewed by: Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 31, 2017

*Judge's signature*

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 2, 2016, Juan Pablo Ramos was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Ramos was examined by ICE Officer U. Smith who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 30, 2017, Ramos was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Ramos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Pablo Ramos to be a citizen of Mexico and a previously deported criminal alien. Ramos was removed from the United States to Mexico through Nogales, Arizona, on or about July 18, 2015, pursuant to the order of removal issued by an immigration judge. There is no record of Ramos in any Department of Homeland Security database to suggest that he obtained permission

1

from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ramos' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Pablo Ramos was convicted of Solicitation to Commit Possession of Narcotic Drugs, a felony offense, on September 13, 2012, in the Superior Court of Arizona, Maricopa County. Ramos was sentenced to a term of eighteen (18) months of probation. Ramos' criminal history was matched to him by electronic fingerprint comparison.

5. On or about August 31, 2017, Juan Pablo Ramos was advised of his constitutional rights. Ramos freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 2, 2016, Juan Pablo Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

///

///

///

Nogales, Arizona, on or about July 18, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 31st day of August, 2017.

_____
Michelle H. Burns
United States Magistrate Judge